B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Grass Roots America, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-0241142** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2 S. Biscayne Blvd.**<br>**Suite 2350**<br>**Miami, FL**                    ZIP Code **33131-1824** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Grass Roots America, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br><span style="padding-left:2em">Signature of Attorney for Debtor(s)          (Date)</span> |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>(Name of landlord that obtained judgment)

_____<br>(Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(04/13)** | Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Grass Roots America, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** **/s/ Matthew Mazur, Jr.** _____<br>Signature of Attorney for Debtor(s)<br><br>**Matthew Mazur, Jr. 0144614**<br>Printed Name of Attorney for Debtor(s)<br><br>**Matthew Mazur, P.A.**<br>Firm Name<br><br>**2655 S. LeJeune Road**<br>**Suite 500**<br>**Miami, FL 33134**<br>Address<br><br>**Email: mmazurjr@mazur-law.com**<br>**(305) 466-3328  Fax: (786) 347-6042**<br>Telephone Number<br><br>**April 23, 2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** **/s/ Ruben Alberto Garcia Pinerez** _____<br>Signature of Authorized Individual<br><br>**Ruben Alberto Garcia Pinerez**<br>Printed Name of Authorized Individual<br><br>**Executive Vice President, Latin America**<br>Title of Authorized Individual<br><br>**April 23, 2015**<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Grass Roots America, Inc.**
_____,
Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 13 | 2,241,796.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 534,807.87 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 19,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 13,977,784.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 2,241,796.29 | | |
| Total Liabilities | | | | 14,532,092.12 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Grass Roots America, Inc.**                    ,

                                Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Grass Roots America, Inc.**
_____,      Case No. _____
                               Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Grass Roots America, Inc.**                                                      ,     Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash in Lockbox** | - | 13.75 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HSBC Bank - Operating Account - Account No. xxxxx5609** | - | 153,613.24 |
| | | **HSBC Bank - Operating Account - Account No. xxxxx5595** | - | 1,862.74 |
| | | **PayPal - Account No. xx115** | - | 3,357.32 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord, One Biscayne Tower, LLC** | - | 59,686.00 |
| | | **Security Deposit with Landlord, VJR Properties LLC** | - | 15,979.72 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                234,512.77
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Grass Roots America, Inc.** ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (Miami and Orlando Clients) per attached "Exhibit A - Accounts Receivable"** | - | 1,695,601.38 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **1,695,601.38**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Grass Roots America, Inc.**                                        ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Secure Platform** | - | **60,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Client Portfolio and Prospects (Best estimate as of date of filing)** | - | **180,000.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Various Computer Servers and Electronics as per attached "Exibit B - Servers"** | - | **14,235.99** |
| | | **Stationary** | - | **2,000.00** |
| | | **Furniture and Electronics at Miami office per attached personal property appraisal attaahed hereto as "Exhibit C - Miami Appraisal"** | - | **30,665.00** |
| | | **Furniture and Electronics at Orlando office per attached personal property appraisal attaahed hereto as "Exhibit D - Orlando Appraisal"** | - | **21,507.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Various Gift Certificates** | - | **2,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

|  | Sub-Total >  | **310,407.99** |
|---|---|---|
|  | (Total of this page) |  |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Grass Roots America, Inc.**                                        ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Eighty-Five (85) Domain Registrations as per the attached "Exhibit E - Domain  (Valuation based solely on registration cost ($14.99 for each domain )** | **-** | **1,274.15** |

|  | Sub-Total > | **1,274.15** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **2,241,796.29** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

## Exhibit A - Accounts Receivable

| Customer Name | Customer No. | Base Remainder | + 1 Month | 1 Month | 1-2 Months | > 2 Months |
|---|---|---|---|---|---|---|
| Halliburton | 11550173 | 372,854.10 | 0.00 | 317,582.66 | 842.50 | 54,428.94 |
| VMware, Inc. | 11550133 | 294,321.98 | 356,898.34 | -76,076.36 | 0.00 | 13,500.00 |
| VMware International Limited | 11550093 | 210,446.41 | 133,759.77 | 89,214.00 | 0.00 | -12,527.36 |
| Xerox | 11550391 | 182,000.00 | 124,500.00 | 3,750.00 | 50,000.00 | 3,750.00 |
| Microsoft | 11550013 | 119,425.48 | 0.00 | 0.00 | 0.00 | 119,425.48 |
| Western Digital | 11550146 | 93,697.62 | 14,152.13 | 48,436.85 | 8,000.00 | 23,108.64 |
| Grass Roots UK | 11550010 | 90,676.98 | 0.00 | 82,745.55 | 0.00 | 7,931.43 |
| SeaStar Solutions® Distribution Center | 11550095 | 72,977.77 | 4,750.00 | 36,259.42 | 31,968.35 | 0.00 |
| Lyondell Chemical Company | 11550570 | 46,142.50 | 0.00 | 46,042.50 | 100.00 | 0.00 |
| Chartwells Higher Education | 11550243 | 42,288.00 | 0.00 | 24,400.00 | 0.00 | 17,888.00 |
| The Cheesecake Factory | 11550208 | 41,745.00 | 15,710.00 | 16,005.00 | -17,985.00 | 28,015.00 |
| Kaspersky Lab | 11550137 | 34,821.29 | 12,074.00 | 5,372.15 | 4,906.27 | 12,468.87 |
| Santander Bank, N.A. | 11550331 | 33,942.00 | 33,942.00 | 0.00 | 0.00 | 0.00 |
| Grass Roots Performance Solutions Pty Ltd  (Australia) | 11550228 | 20,326.74 | 0.00 | 12,831.76 | 7,494.98 | 0.00 |
| Ruby Tuesday | 11550132 | 19,278.41 | 0.00 | 1,105.50 | 0.00 | 18,172.91 |
| Bonefish Grill | 11550571 | 13,820.00 | 6,910.00 | 6,910.00 | 0.00 | 0.00 |
| Projectlink Motivation | 11550102 | 12,604.14 | 0.00 | 0.00 | -480.00 | 13,084.14 |
| FedEx | 11550009 | 11,581.51 | 11,033.00 | 0.00 | 0.00 | 548.51 |
| Disney Store, North America. | 11550083 | 9,918.00 | 0.00 | 9,918.00 | 0.00 | 0.00 |
| Grand Lux Cafe | 11550199 | 8,935.00 | 1,285.00 | 990.00 | 990.00 | 5,670.00 |
| Symantec Corporation | 11550057 | 8,105.00 | 8,105.00 | 0.00 | 0.00 | 0.00 |
| Swiss Re Insurance Company Ltd. | 11550419 | 7,104.00 | 0.00 | 0.00 | 0.00 | 7,104.00 |
| Wayne Automatic Fire Spinklers, Inc. | 11550560 | 5,750.00 | 0.00 | 0.00 | 0.00 | 5,750.00 |
| McDonald's | 11550393 | 4,805.00 | 1,000.00 | 0.00 | 0.00 | 3,805.00 |
| LSU Dining/Chartwells | 11550577 | 4,300.00 | 0.00 | 1,800.00 | 0.00 | 2,500.00 |
| Za Za New Cuban Diner | 11550476 | 1,660.00 | 160.00 | 0.00 | 1,500.00 | 0.00 |
| City Fire Restaurants | 11550291 | 1,602.95 | 0.00 | 0.00 | 0.00 | 1,602.95 |
| Orange County FL Public Library System | 11550204 | 1,575.00 | 625.00 | 0.00 | 0.00 | 950.00 |
| Stony Brook University | 11550555 | 1,500.00 | 0.00 | 0.00 | 150.00 | 1,350.00 |
| Vincents Clam Bar | 11550394 | 1,405.00 | 245.00 | 620.00 | 540.00 | 0.00 |
| City Fire Brownwood | 11550508 | 1,370.00 | 0.00 | 90.00 | 320.00 | 960.00 |

## Exhibit A - Accounts Receivable

| | | | | | | |
|---|---|---|---|---|---|---|
| Lamar University | 11550576 | 1,150.00 | 0.00 | 400.00 | 0.00 | 750.00 |
| Boston Lobster Feast | 11550190 | 850.00 | 160.00 | 0.00 | 0.00 | 690.00 |
| Meritage Resort and Spa | 11550556 | 525.00 | 0.00 | 0.00 | 0.00 | 525.00 |
| Brent's Deli | 11550566 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Forbes Hamilton Management Company | 11550198 | 405.00 | 405.00 | 0.00 | 0.00 | 0.00 |
| Phil Mook Enterprises, Inc. (KFC Franchisee) | 11550458 | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| Citrus | 11550193 | 390.00 | 70.00 | 160.00 | 160.00 | 0.00 |
| Soco | 11550582 | 390.00 | 70.00 | 160.00 | 0.00 | 160.00 |
| Restaurant Partners, Inc. | 11550206 | 360.00 | 360.00 | 0.00 | 0.00 | 0.00 |
| The Original Italian Pie | 11550209 | 355.00 | 105.00 | 125.00 | 60.00 | 65.00 |
| City Fish | 11550194 | 245.00 | 35.00 | 70.00 | 0.00 | 140.00 |
| Kres Chophouse | 11550202 | 230.00 | 70.00 | 160.00 | 0.00 | 0.00 |
| Dominican University | 11550586 | 200.00 | 0.00 | 200.00 | 0.00 | 0.00 |
| Hofstra University | 11550562 | 200.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| Live Nation | 11550292 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| Bonefish Grill WEST (Franchise Group) | 11550574 | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 |
| Grass Roots Asia Pacific | 11550031 | -81,738.50 | 0.00 | 0.00 | -47,558.00 | -34,180.50 |

**Total Accounts Receivable**          **1,695,601.38**

Exhibit B - Servers

| Server | Type |
|---|---|
| Apache1 MA | HP DL360 G3 |
| Jboss1MA | HP DL360 G3 |
| Jboss2MA | HP DL360 G3 |
| jboss3MA | HP DL360 G3 |
| Accounting01 | HP DL360 G3 |
| HyperV01 | IBM xseries 366 |
| Bingstg | HP DL380 G7 |
| ESXmsstg | HP DL380 G7 |
| Apache2 | HP DL360 G3 |
| Orion1 | HP DL360 G3 |
| SVN | HP DL360 G3 |
| Jboss1 | HP DL360 G3 |
| jboss2 | HP DL360 G3 |
| jboss3 | HP DL360 G3 |
| Apache1 | HP DL360 G3 |
| IIS2 | HP DL360 G3 |
| Jboss4sip | HP DL360 G7 |
| Apache2sip | HP DL360 G7 |
| Jboss3sip | HP DL360 G7 |
| OrlandoDB | HP DL380 G7 |
| Orlando IIS | HP DL360 G7 |
| Daemons | HP DL360 G5 |
| Jboss3 | HP DL360 G5 |
| jboss1rw | HP DL360 G5 |
| Apache1rw | HP DL360 G5 |
| ESX1 | HP DL580 G5 |
| ESX2 | HP DL580 G5 |
| ESX3 | HP DL580 G5 |
| IMG2 | HP DL360 G3 |
| 2008sqlstg | HP DL360 G6 |
| Binsql1 | HP DL360 G6 |
| bingsql2 | HP DL360 G6 |
| IIS4 | HP DL360 G5 |
| HP Storage arrary | MSA2000 |
| Juniper firewall01 | NS50 |
| Juniper firewall02 | NS50 |
| Netapp SAN | FAS2020 |
| Netapp shelf array | DS14 MK4 |
| Bee ESX | HP DL 380 G5 |
| FTL ESX | HP DL 380 G5 |
| STL | HP DL360 G5 |
| LAX | HP DL360 G5 |
| DCA | HP DL360 G5 |
| Exch01 | HP DL320s |
| Neptune | HP DL 360 G3 |
| Pluton | HP DL320 G3 |
| Shelby | DL 360 G5 |
| Eye Security scanner | 651 |
| HP tape arrary | HP tape arrary G2 |
| Viper | HP DL180 G5 |
| JFK | HP DL380 G6 |
| DFW | HP DL 360 G6 |




## Martin Claire & CO. LLC

**TO:**
**Francisco Diaz**

# PERSONAL PROPERTY APPRAISAL

Auction Liquidation Value

RE:

# GRASS ROOTS AMERICA, INC.



**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

April 14, 2015

Att: Mr. Francisco Diaz
Ref: Grass Roots America, Inc.

C/o: Mathew E. Mazur, Jr, Esq
2655 Le Jeune Road Suite 500
Coral Gables, FL 33134

Dear Mr. Diaz,

Thank you for the opportunity to submit the enclosed appraisal.

Martin Claire & CO, LLC, will retain and preserve in our files all related information and documents.

We appreciate your confidence in us and will continue to be at your service in this and any future matters.

The appraisal of the assets including back up information are enclosed in this report.

Auction / Liquidation Value                    $ 30,665.00

Very truly yours,

Martin Claire & CO, LLC

Martin Claire
Senior Appraiser
ISA

Main office and Warehouse: 7001 N.W. 84ᵗʰ Avenue. Miami, FL 33166
Mailing Address: 1835 E. Hallandale Beach Blvd. # 357, Hallandale Beach, Fl 33009
Tel: (305) 597-1223 Fax: (305) 597-1219

Exhibit D - Orlando Appraisal





## Martin Claire & CO. LLC

TO:
**Francisco Diaz**

# PERSONAL PROPERTY APPRAISAL

Auction Liquidation Value

RE:

# GRASS ROOTS AMERICA, INC.




**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

April 15, 2015


Att: Mr. Francisco Diaz
Ref: Grass Roots America, Inc.
    711 North Orlando Avenue Suite 301
    Maitland, FL


C/o: Mathew E. Mazur, Jr, Esq
    2655 Le Jeune Road Suite 500
    Coral Gables, FL 33134


Dear Mr. Diaz,

Thank you for the opportunity to submit the enclosed appraisal.

Martin Claire & CO, LLC, will retain and preserve in our files all related information and documents.

We appreciate your confidence in us and will continue to be at your service in this and any future matters.

The appraisal of the assets including back up information are enclosed in this report.


Auction / Liquidation Value             $ 21,507.00


Very truly yours,

Martin Claire & CO, LLC

Martin Claire
Senior Appraiser
ISA

# Exhibit E - Domain List

| Domain Name | Account No. | Points To | Private | Auto Renew | Exp. Date | Contact Admin | Tech | Acct. Holder |
|---|---|---|---|---|---|---|---|---|
| agdglobal.com | GRA (20527387) | Under Construction Page | Yes | On | 10/2/2015 | GRA | GRA | GRA |
| agdglobal.net | GRA (20527387) | Under Construction Page | Yes | On | 10/2/2015 | GRA | GRA | GRA |
| amazingaccolades.com | GRA (20527387) | ADNS Services | Off | On | 8/29/2015 | GRA | GRA | GRA |
| bittime.com | GRA (20527387) | ns1nap.bittime.com | No | On | 6/18/2015 | Tim Rohde | Tim Rohde | GRA |
| boschhvacloyalty.com | GRA (20527387) | ADNS Services | Yes | On | 1/21/2016 | GRA | GRA | GRA |
| ciscopdf-support.com | GRA (20527387) | ADNS Services | No | On | 8/12/2016 | GRA | GRA | GRA |
| connexrewards.com | GRA (20527387) | ADNS Services | Yes | On | 4/4/2016 | GRA | GRA | GRA |
| dellpartneradvantage.com | GRA (20527387) | ADNS Services | Yes | On | 5/20/2016 | GRA | GRA | GRA |
| excelencia4e.com | GRA (20527387) | ADNS Services | Yes | On | 10/21/2015 | GRA | GRA | GRA |
| fedexrally.com | GRA (20527387) | Web Forwarding | Yes | On | 9/11/2015 | GRA | GRA | GRA |
| fit4personalmembers.com | GRA (20527387) | ADNS Services | No | On | 5/8/2016 | GRA | GRA | GRA |
| fitkidsprogram.com | GRA (20527387) | Under Construction Page | Yes | On | 2/4/2016 | GRA | GRA | GRA |
| golazomicrosoft.com | GRA (20527387) | ADNS Services | Yes | On | 3/24/2016 | GRA | GRA | GRA |
| grainspires.com | GRA (20527387) | ADNS Services | Yes | Off | 4/15/2015 | GRA | GRA | GRA |
| gramotivaction.com | GRA (20527387) | ADNS Services | No | On | 5/16/2016 | GRA | GRA | GRA |
| grashowcase.com | GRA (20527387) | ADNS Services | No | On | 6/25/2016 | GRA | GRA | GRA |
| grassroots-events.com | GRA (20527387) | Web Forwarding | Yes | On | 3/23/2016 | GRA | GRA | GRA |
| grassrootsamerica.com | GRA (20527387) | ADNS Services | Off | On | 11/30/2015 | GRA | GRA | GRA |
| grassrootsamericas.com | GRA (20527387) | ADNS Services | No | On | 2/22/2016 | GRA | GRA | GRA |
| grassrootsbittime.com | GRA (20527387) | ADNS Services | No | On | 4/20/2016 | GRA | GRA | GRA |
| grassrootsbrasil.com | GRA (20527387) | Web Forwarding | No | On | 2/22/2016 | GRA | GRA | GRA |
| grassrootsbrazil.com | GRA (20527387) | Web Forwarding | Yes | On | 8/14/2015 | GRA | GRA | GRA |
| grassrootscolombia.com | GRA (20527387) | ADNS Services | No | On | 2/22/2016 | GRA | GRA | GRA |
| grassrootscommunicates.com | GRA (20527387) | Under Construction Page | Yes | On | 11/17/2015 | GRA | GRA | GRA |
| grassrootseducates.com | GRA (20527387) | Under Construction Page | Yes | On | 11/17/2015 | GRA | GRA | GRA |
| grassrootsinspires.com | GRA (20527387) | Web Forwarding | Yes | On | 10/29/2015 | GRA | GRA | GRA |
| grassrootslatam.com | GRA (20527387) | ADNS Services | Yes | On | 6/19/2015 | GRA | GRA | GRA |
| grassrootsmeasures.com | GRA (20527387) | ADNS Services | Yes | On | 11/17/2015 | GRA | GRA | GRA |
| grassrootsmexico.com | GRA (20527387) | ADNS Services | No | On | 2/22/2016 | GRA | GRA | GRA |
| grassrootsmysteryguest.com | GRA (20527387) | ADNS Services | Yes | On | 6/15/2015 | GRA | GRA | GRA |
| grassrootsperformancemeasurement.com | GRA (20527387) | Under Construction Page | Yes | On | 11/8/2015 | GRA | GRA | GRA |
| grassrootsrewards.com | GRA (20527387) | Under Construction Page | Yes | On | 11/17/2015 | GRA | GRA | GRA |
| grassrootsvenezuela.com | GRA (20527387) | ADNS Services | No | On | 2/22/2016 | GRA | GRA | GRA |
| grasurvey.com | GRA (20527387) | ADNS Services | Yes | On | 12/20/2015 | GRA | GRA | GRA |
| grgamericas.com | GRA (20527387) | ADNS Services | No | On | 2/16/2016 | GRA | GRA | GRA |
| grgamericas.info | GRA (20527387) | Web Forwarding | Yes | On | 4/8/2016 | GRA | GRA | GRA |
| grgbittime.com | GRA (20527387) | ADNS Services | No | On | 2/16/2016 | GRA | GRA | GRA |
| grgservice.com | GRA (20527387) | ADNS Services | No | On | 7/16/2015 | GRA | GRA | GRA |
| guestindulgenceindex.com | GRA (20527387) | Under Construction Page | Yes | On | 9/5/2015 | GRA | GRA | GRA |
| kantarmediarecognition.com | GRA (20527387) | ADNS Services | Off | On | 2/3/2016 | GRA | GRA | GRA |
| keepingtabsinc.com | GRA (20527387) | ADNS Services | Yes | On | 9/27/2015 | GRA | GRA | GRA |
| lexisnexisrewards2.com | GRA (20527387) | ADNS Services | No | On | 7/28/2016 | GRA | GRA | GRA |

Exhibit E - Domain List

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| lossolucionistaspromo.com | GRA (20527387) | ADNS Services | Yes | On | 9/17/2015 | GRA | GRA | GRA |
| lybrewardsandrecognition.com | GRA (20527387) | ADNS Services | Off | On | 11/4/2015 | GRA | GRA | GRA |
| mavpg.com | GRA (20527387) | ADNS Services | No | On | 6/23/2017 | GRA | GRA | GRA |
| maximinspire.com | GRA (20527387) | ADNS Services | Yes | On | 5/9/2016 | GRA | GRA | GRA |
| misuperboleto.com | GRA (20527387) | ADNS Services | Yes | On | 2/3/2016 | GRA | GRA | GRA |
| misuperboleto.net | GRA (20527387) | ADNS Services | Yes | On | 2/3/2016 | GRA | GRA | GRA |
| motivactiontest.com | GRA (20527387) | ADNS Services | Yes | On | 8/14/2015 | GRA | GRA | GRA |
| motopuntos.com | GRA (20527387) | ADNS Services | No | On | 1/24/2016 | Tim Rohde | Tim Rohde | GRA |
| mtbrecognition.com | GRA (20527387) | ADNS Services | No | On | 6/30/2016 | GRA | GRA | GRA |
| myamdrewards.com | GRA (20527387) | Web Forwarding | Yes | On | 9/29/2015 | GRA | GRA | GRA |
| myavayarewards.com | GRA (20527387) | ADNS Services | Yes | On | 2/17/2016 | GRA | GRA | GRA |
| myhprewards.com | GRA (20527387) | ADNS Services | Yes | On | 2/23/2016 | GRA | GRA | GRA |
| mysteryguestinc.com | GRA (20527387) | Web Forwarding | Yes | On | 9/8/2015 | GRA | GRA | GRA |
| mysupercheck.com | GRA (20527387) | Web Forwarding | Yes | On | 10/2/2015 | GRA | GRA | GRA |
| mysupercheck.net | GRA (20527387) | Web Forwarding | Yes | On | 10/2/2015 | GRA | GRA | GRA |
| mysuperchecks.com | GRA (20527387) | Web Forwarding | Yes | On | 10/2/2015 | GRA | GRA | GRA |
| mysuperchecks.net | GRA (20527387) | Web Forwarding | Yes | On | 10/2/2015 | GRA | GRA | GRA |
| mysupercheques.com | GRA (20527387) | Web Forwarding | Yes | On | 2/3/2016 | GRA | GRA | GRA |
| mysupercheques.net | GRA (20527387) | Web Forwarding | Yes | On | 2/3/2016 | GRA | GRA | GRA |
| researchpoweredmarketing.com | GRA (20527387) | ADNS Services | No | On | 6/27/2015 | GRA | GRA | GRA |
| rewardmailcenter.com | GRA (20527387) | ADNS Services | Yes | On | 8/10/2015 | GRA | GRA | GRA |
| rewardsthem.com | GRA (20527387) | nsHosting Shared (Small-Unix) | Yes | On | 9/30/2015 | GRA | GRA | GRA |
| rewardsyou.com | GRA (20527387) | ADNS Services | No | On | 4/29/2020 | Tim Rohde | Tim Rohde | GRA |
| roadreds.com | GRA (20527387) | ADNS Services | Yes | On | 6/15/2015 | GRA | GRA | GRA |
| searchcentives.com | GRA (20527387) | ADNS Services | No | On | 11/10/2015 | GRA | GRA | GRA |
| servicequalityportal.com | GRA (20527387) | ADNS Services | Yes | On | 2/19/2016 | GRA | GRA | GRA |
| servicesurveys.com | GRA (20527387) | ADNS Services | Yes | On | 11/17/2016 | GRA | GRA | GRA |
| superchecks.com | GRA (20527387) | ADNS Services | No | On | 3/14/2016 | GRA | GRA | GRA |
| symanteccioclub.com | GRA (20527387) | Under Construction Page | No | On | 6/25/2015 | GRA | GRA | GRA |
| symantecleadersclub.com | GRA (20527387) | Under Construction Page | No | On | 10/16/2015 | GRA | GRA | GRA |
| symplus-apj.com | GRA (20527387) | ADNS Services | Yes | On | 8/24/2016 | GRA | GRA | GRA |
| trocamania.com | GRA (20527387) | ADNS Services | Yes | On | 9/15/2015 | Tim Rohde | Tim Rohde | GRA |
| tu-premio.com | GRA (20527387) | Under Construction Page | No | On | 6/16/2015 | GRA | GRA | GRA |
| venderesganar.com | GRA (20527387) | ADNS Services | Yes | Off | 9/30/2015 | GRA | GRA | GRA |
| vivelasvegas3g.com | GRA (20527387) | ADNS Services | Yes | On | 4/18/2016 | GRA | GRA | GRA |
| vmwarerewardsclub.com | GRA (20527387) | Web Forwarding | Yes | On | 1/19/2016 | GRA | GRA | GRA |
| vmwaresalesrewardclub.com | GRA (20527387) | Under Construction Page | Yes | On | 8/18/2015 | GRA | GRA | GRA |
| vmwaresalesrewardclub.net | GRA (20527387) | Under Construction Page | Yes | On | 8/18/2015 | GRA | GRA | GRA |
| vmwaresalesrewards.com | GRA (20527387) | ADNS Services | Off | On | 2/2/2016 | GRA | GRA | GRA |
| vmwaresalesrewardsclub.com | GRA (20527387) | Under Construction Page | Yes | On | 8/18/2015 | GRA | GRA | GRA |
| vmwaresalesrewardsclub.net | GRA (20527387) | Under Construction Page | Yes | On | 8/18/2015 | GRA | GRA | GRA |
| westconherorewards.com | GRA (20527387) | ADNS Services | Off | Off | 7/25/2015 | GRA | GRA | GRA |
| yourhprewards.com | GRA (20527387) | Under Construction Page | Yes | On | 2/23/2016 | GRA | GRA | GRA |

B6D (Official Form 6D) (12/07)

In re    **Grass Roots America, Inc.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **Porter Capital Corporation 2112 First Avenue North Birmingham, AL 35203** | - | | | | **2014** **Non-Purchase Money Security** **Accounts Receivable (Miami and Orlando Clients) per attached "Exhibit A - Accounts Receivable"** | | | | | |
| | | | | | Value $                1,695,601.38 | | | | **534,807.87** | **0.00** |
| Account No. **Engel, Hariston and Johanson, P.C. 109 N. 20th Street, 4th Floor POB 11405 Birmingham, AL 35202-1405** | | | | | **Additional Notice:** **Porter Capital Corporation** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

  **0**    continuation sheets attached

| | Subtotal (Total of this page) | **534,807.87** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **534,807.87** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re  **Grass Roots America, Inc.**                                                    Case No. _____
                                                          ,
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Grass Roots America, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **20-0241142** <br><br> **Florida Department of Revenue** <br>**5050 West Tennessee Street** <br>**Tallahassee, FL 32399-0100** | - | | | Tangible Property Tax | | | | | **1,500.00** |
| | | | | | | | | **1,500.00** | **0.00** |
| Account No. **20-0241142** <br><br> **Internal Revenue Service** <br>**POB 7346** <br>**Philadelphia, PA 19101-7346** | - | | | Notice Only | | | | | **0.00** |
| | | | | | | | | **0.00** | **0.00** |
| Account No. **20-0241142** <br><br> **NYC Department of Tax** <br>**General Corporation Tax** <br>**POB 5040** <br>**Kingston, NY 12402-5040** | - | | | Claim for Worker's Compensation Taxes | | | X | | **18,000.00** |
| | | | | | | | | **18,000.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal <br>(Total of this page) | **19,500.00** | **19,500.00** <br>**0.00** |
|---|---|---|---|
|  | Total <br>(Report on Summary of Schedules) | **19,500.00** | **19,500.00** <br>**0.00** |

B6F (Official Form 6F) (12/07)

In re    **Grass Roots America, Inc.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit card purchases | | | | |
| American Express c/o Beckett and Lee, LLP POB 3001 Malvern, PA 19355 | | - | | | | | | 22,101.68 |
| Account No. | | | | Promotional Products Sales Agreement | | | | |
| Apple, Inc. Attn: Legal Dept. 1 Infinite Loop Cupertino, CA 95014 | | - | | | | | | 6,591.91 |
| Account No. | | | | Telephone / Internet Provider | | | | |
| AT&T Attn: Legal Counsel PO Box 1809 Paramus, NJ 07653-1809 | | - | | | | | | 7,091.97 |
| Account No. | | | | Service Provider | | | | |
| Atlantic.net Attn: Legal Counsel 440 West Kennedy Blvd., Suite 3 Orlando, FL 32810 | | - | | | | | | 450.00 |
| __12__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 36,235.56 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Grass Roots America, Inc.** _____,  Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H J | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Service Provider | | | | |
| Axiom Investigative Services, LLC☐☐ Attn:  Legal Counsel 3395 Tuscany Drive SE Grand Rapids, MI 49546 | - | | | | | | | 325.00 |
| Account No. | | | | Project Based Services Agreement | | | | |
| Axxis Solutions LLC 5757 Blue Lagoon Drive, Suite 200 Miami, FL 33126 | - | | | | | | | 14,080.00 |
| Account No. | | | | Service Provider | | | | |
| Berger Singerman 350 W. Las Olas Blvd., Suite 1000 Fort Lauderdale, FL 33301 | - | | | | | | | 1,798.00 |
| Account No. | | | | Internet Provider | | | | |
| Bright House Networks Attn: Legal Counsel 5000 Campuswood Drive Suite 1 East Syracuse, NY 13057 | - | | | | | | | 378.27 |
| Account No. | | | | Insurance Provider | | | | |
| Butler, Buckley, Deets Inc. Attn: Legal Counsel 6161 Blue Lagoon Drive #420 Miami, FL 33126 | - | | | | | | | 9,211.50 |

Sheet no. _1__ of _12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,792.77

B6F (Official Form 6F) (12/07) - Cont.

In re **Grass Roots America, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Supplier | | | | | | |
| **Capital Office Products** **Attn: Legal Counsel** **210 Fentres Blvd.** **Daytona Beach, FL 32114** | - | | | | | | | 13,890.46 |
| Account No. | | Service Provider | | | | | | |
| **Central Parking** **Attn: Legal Counsel** **200 E. Randolph Street, Suite 7700** **Chicago, IL 60601** | - | | | | | | | 1,718.94 |
| Account No. | | Service Provider | | | | | | |
| **Citrix Online Audio LLC** **499 Washington Blvd., Suite 1401** **Jersey City, NJ 07310** | - | | | | | | | 3,134.20 |
| Account No. | | Sales Contract | | | | | | |
| **Coty** **350 5th Avenue** **New York, NY 10118** | - | | | | | | | 6,023.00 |
| Account No. | | Service Provider | | | | | | |
| **CSOFT International Limited** **15F West Tower** **World Financial Centre No. 1East** **3rd Ring Middle Road, Chaoyang District** **Beijing China** | - | | | | | | | 2,444.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                27,210.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Grass Roots America, Inc.**                              ,                Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Service Provider | | | | |
| **D&R Integrates, Inc.** **General Bldg EBISU East 1-6-3 Ebisul** **Shibuya-KU Tokyo, Japan 150-0013** | - | | | | | | | 292.49 |
| Account No. | | | | Insurance Financing | | | | |
| **De Lage Landen Financial Services** **1111 Old Eagle School Road** **Wayne, PA 19087** | - | | | | | | | 1,798.18 |
| Account No. | | | | Notice Only | | | | |
| **Disney Worldwide Services, Inc.** **1495 Magic Kingdom** **Lake Buena Vista, FL 32830** | - | | | | | | | 0.00 |
| Account No. | | | | Utilities | | | | |
| **Duke Energy** **550 South Tyron Street** **Charlotte, NC 28202** | - | | | | | | | 81.82 |
| Account No. | | | | Sales Contract | | | | |
| **Federal Express Corporation** **701 Waterford Way, #1000** **Miami, FL 33126** | - | | | | | | | 11,547.86 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,720.35

B6F (Official Form 6F) (12/07) - Cont.

In re    **Grass Roots America, Inc.**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FedEx**<br>**PO Box 660481**<br>**Dallas, TX 75266-0481** | - | | Shipping Provider | | | | 5,348.24 |
| Account No.<br><br>**Five9 Inc.**<br>**4000 Executive Parkway, Suite 400**<br>**San Ramon, CA 94583** | - | | Service Provider | | | | 474.37 |
| Account No.<br><br>**Forastieri y Roqueñi, S.C.**<br>**Attn: Alfonso Roqueni**<br>**Espacio Santa Fe Carr.**<br>**México-Toluca No. 5420 Oficina**<br>**2303-A Col. El Yaqui C. P. 05320**<br>**México** | - | | Legal Services | | | | 4,800.00 |
| Account No.<br><br>**Grass Roots Asia Pacific PTE LTD**<br>**50 Scotts Road**<br>**#03-01**<br>**Singapore 228242** | - | | Fulfillment Provider | | | | 211,220.06 |
| Account No.<br><br>**Grass Roots Beijing**<br>**Room 1112A, E3, Oriental Plaza**<br>**1 E Chang An Avenue, Dongcheng District**<br>**Beijing, P.R. China 100738** | - | | Fulfillment Provider | | | | 156,173.27 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

378,015.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Grass Roots America, Inc.**                                            ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Fulfillment Provider | | | | |
| **Grass Roots Finance 13-15 rue des Sablons 75016, Paris** | - | | | | | | | 269.43 |
| Account No. | | | | Fulfillment Provider | | | | |
| **Grass Roots Germany GmbH Prinzenallee 15 40549 Düsseldorf Germany** | - | | | | | | | 2,348.64 |
| Account No. | | | | Fulfillment Provider | | | | |
| **Grass Roots Perf. Sol. (AUST) PTY LTD G.02 616 St Kilda Rd Melbourne VIC 3004** | - | | | | | | | 41,068.25 |
| Account No. | | | | Fulfillment Provider | | | | |
| **Grass Roots UK Pennyroyal Court, Station Road Tring, HP23 5QY United Kingdom** | - | | | | | | | 88,330.86 |
| Account No. | | | | Service Provider | | | | |
| **Great America Leasing Corp. PO Box 660831 Dallas, TX 75266-0831** | - | | | | | | | 765.58 |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal (Total of this page) | 132,782.76 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Grass Roots America, Inc.**                                          ,    Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Service Provider | | | | |
| **H & H Printing, Inc.** **70 Dorman Avenue** **San Francisco, CA 94124** | - | | | | | | | 134.19 |
| Account No. | | | | Terminated Sales Contract | | | | |
| **Haliburton Energy Services Inc.** **Attn:  Central Procurement** **10200 Bellaire Boulevard** **Houston, TX 77072** | - | | | | | | X | 5,366,467.19 |
| Account No. | | | | Service Agreement | | | | |
| **Hinda, Inc.** **2440 West 34th Street** **Chicago, IL 60608** | - | | | | | | | 456,148.02 |
| Account No. | | | | Supplier | | | | |
| **HS Brands International, Inc.** **Service Sleuth□□The Mershimer Group** **500 Myles Standish Blvd.** **Taunton, MA 02780** | - | | | | | | | 1,653.87 |
| Account No. | | | | Service Provider | | | | |
| **Industry Arabic** **PO Box 18290** **Washington, DC 20036** | - | | | | | | | 954.45 |

Sheet no. __6___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,825,357.72

B6F (Official Form 6F) (12/07) - Cont.

In re __Grass Roots America, Inc.__ _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Service Provider | | | | |
| Internap Network Services One Ravinia Drive Suite 1300 Atlanta, GA 30346 | - | | | | | | | 1,126.08 |
| Account No. | | | | Service Provider | | | | |
| Ipfone 1035 NE 125th St #300 Miami, FL 33161 | - | | | | | | | 14,340.93 |
| Account No. | | | | Service Provider | | | | |
| K&B Janitorial Services Inc. 4925 Blair Oaks Circle Orlando, FL 32808 | - | | | | | | | 359.00 |
| Account No. | | | | Sales Contract | | | | |
| Kaspersky Lab, Inc. 500 Unicord Park Drive Woburn, MA 01801 | - | | | | | | | 98,661.66 |
| Account No. | | | | Service Provider | | | | |
| Kavaliro Staffing Services 12001 Research Pkwy, Suite 344 Orlando, FL 32826 | - | | | | | | | 3,840.00 |

Sheet no. __7__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  118,327.67

B6F (Official Form 6F) (12/07) - Cont.

In re   **Grass Roots America, Inc.**                                      ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lyondell Basell**<br>**Lyondell Basell Tower, Suite 300**<br>**1221 McKinney Street**<br>**Houston, TX 77010** | - | | | Sales Contract | | | | 124,773.50 |
| Account No. **3000287.00003**<br><br>**Eversheds, LLP**<br>**One Wood Street**<br>**London**<br>**EC2V 7WS** | | | | Additional Notice:<br>**Lyondell Basell** | | | | **Notice Only** |
| Account No.<br><br>**Maxim Integrated Products, Inc.**<br>**160 Rio Robles**<br>**San Jose, CA 95134** | - | | | Sales Contract | | | | 113,261.26 |
| Account No.<br><br>**McDonald's Corporation**<br>**2915 Jorie Blvd.**<br>**Oak Brook, IL 60523** | - | | | Sales Contract | | | | 57,450.71 |
| Account No.<br><br>**MODIS**<br>**Senior VP & General Counsel**<br>**10151 Deerwood Park Blvd.**<br>**Blg 200 Suite 400**<br>**Jacksonville, FL 32256** | - | | | Service Provider | | | | 1,820.00 |

Sheet no. __**8**___ of __**12**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**297,305.47**

B6F (Official Form 6F) (12/07) - Cont.

In re **Grass Roots America, Inc.** , Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | **Staffing** | | | | |
| **Office Team** **2884 Sand Hill Road** **Menlo Park, CA 94025** | | | | | | | | 3,702.20 |
| Account No. | | | - | **Fulfillment Provider** | | | | |
| **On Fire** **162-7 Yeonheedong** **Seodaemungu, Seoul, Korea 120-827** | | | | | | | | 23,022.76 |
| Account No. | | | - | **2015** **Back Rent** | | | X | |
| **One Biscayne Tower, LLC** **c/o LB Realty Advisors, LLP** **Attn:  Eric Smith, VP Asset Management** **8750 N. Central Expressway, Suite 800** **Dallas, TX 75231** | | | | | | | | 4,105,398.60 |
| Account No. | | | - | **Service Provider** | | | | |
| **P92 IT Solutions Kft.** **1038 Budapest** | | | | | | | | 25,143.75 |
| Account No. | | | - | **Equipment Lease** | | | | |
| **Pitney Bowes** **2225 American Drive** **Neenah, WI 54956** | | | | | | | | 5,237.80 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,162,505.11**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Grass Roots America, Inc.**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ruby Tuesday** <br> **150 W. Church Avenue** <br> **Maryville, TN 37801** | | - | Terminated Sales Contract | | | | **Unknown** |
| Account No. <br><br> **Ruby Tuesday** <br> **150 W. Church Avenue** <br> **Maryville, TN 37801** | | - | Sales Contract | | | | **27,919.00** |
| Account No. <br><br> **Salesforce, Inc.** <br> **The Landmark @ One Market,  Suite 300** <br> **San Francisco, CA 94105** | | - | Service Provider | | | | **18,474.55** |
| Account No. <br><br> **Santander Consumer USA** <br> **8585 N. Stemmons Freeway** <br> **Suite 1100-N** <br> **Dallas, TX 75247** | | - | Terminated Sales Contract | | | | **Unknown** |
| Account No. <br><br> **SeaStar Solutions** <br> **Attn:  Laurie Louvier** <br> **1 Sierra Place** <br> **Litchfield, IL 62056** | | - | Sales Contract | | | | **441,072.26** |

Sheet no. __**10**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**487,465.81**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Grass Roots America, Inc.** _____ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Service Provider | | | | |
| Send Grid Inc. 1401 Walnut Street #500 Boulder, CO 80302 | - | | | | | | | 234.19 |
| Account No. | | | | Service Provider | | | | |
| SiSense 88 Pine Street, 18th Floor New York, NY 10005 | - | | | | | | | 15,000.00 |
| Account No. | | | | Terminated Sales Contract | | | | |
| Symantec Corporation 350 Ellis Street Mountain View, CA 94043 | - | | | | | | | 76,722.00 |
| Account No. | | | | Service Provider | | | | |
| TajOnline India Pvt Ltd 3rd Floor, B Building, A Wing Mafatlal Chmaber, N.M Joshi Marg Lower Parel, Mumbai 400013 Maharashtra, India | - | | | | | | | 36,922.80 |
| Account No. | | | | Service Provider | | | | |
| Terremark North America, Inc. Attn: Legal Department One Biscayne Tower 2 S. Biscayne Blvd., Suite 2800 Miami, FL 33131 | - | | | | | | | 32,400.05 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **161,279.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Grass Roots America, Inc.**

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Service Provider | | | | |
| **The Grass Roots Group** **Pennyroyal Court, Station Road** **Tring, HP23 5QY** **United Kingdom** | - | | | | | X | | 975,000.00 |
| Account No. | | | | 2015 Back Rent | | | | |
| **VJR Properties, LLC** **PO Box 8607** **Deerfield Beach, FL 33443-8607** | - | | | | | X | | 255,069.03 |
| Account No. | | | | Sales Contract | | | | |
| **VMware, Inc.** **Attn:  Legal Department** **3401 Hillview Avenue** **Palo Alto, CA 94304** | - | | | | | | | 866,437.22 |
| Account No. | | | | Sales Contract | | | | |
| **Xerox Distributor Group** **6205 Blue Lagoon Drive, Suite 210** **Miami, FL 33126** | - | | | | | | | 215,279.20 |
| Account No. | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2,311,785.45 |
| Total (Report on Summary of Schedules) | 13,977,784.25 |

B6G (Official Form 6G) (12/07)

In re  **Grass Roots America, Inc.**                                      ,    Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bonefish Grill**<br>**2202 N. West Shore Blvd., 5th Floor**<br>**Tampa, FL 33607** | **Client Contract for Measurement Program** |
| **Chartwells USA**<br>**Compass Group North America**<br>**2400 Yorkmount Road**<br>**Charlotte, NC 28217** | **Client Contract for Measurement Program** |
| **Competitive Media Reporting, LLC**<br>**aka Kantar Media**<br>**11 Madison Avenue, 12th Floor**<br>**New York, NY 10010** | **SAAS Agreement, 36 months Contract** |
| **Disney Stores USA, LLC**<br>**443 S. Raymond Avenue**<br>**Pasadena, CA 91105** | **Client Contract for Measurement Program, 24 Month Contract, Expires 03/2017** |
| **Federal Express Corporation**<br>**701 Waterford Way, #1000**<br>**Miami, FL 33126** | **Sales Incentive Loyalty Program Contract, 12 Month Contract, Expires 09/2016** |
| **Giftango LLC**<br>**dba InComm Digital Solutions**<br>**111 SW 5th Avenue, Suite 900**<br>**Portland, OR 97204** | **B2B Resale Agreement, Beginning 3/17/2014** |
| **Hinda, Inc.**<br>**2440 West 34th Street**<br>**Chicago, IL 60608** | **Sales Incentive Contract, 36 Month Contract, Set to Auto-Renew, Expires 9/2015** |
| **Kaspersky Lab, Inc.**<br>**500 Unicord Park Drive**<br>**Woburn, MA 01801** | **Sales Incentive Contract, 12 Month Contract, Set to Auto-Renew, Expires 08/2015** |
| **Lyondell Basell**<br>**Lyondell Basell Tower, Suite 300**<br>**1221 McKinney Street**<br>**Houston, TX 77010** | **Client Contract for Employee Rewards and Recognition, 24 Month Contract, Expires 05/2016** |
| **Maxim Integrated Products, Inc.**<br>**160 Rio Robles**<br>**San Jose, CA 95134** | **Client Contract for Employee Rewards and Recognition, Auto Renews Every 12 Months, Expires 11/2015** |
| **McDonald's Corporation**<br>**2915 Jorie Blvd.**<br>**Oak Brook, IL 60523** | **Client Contract for Employee Rewards and Recognition, 36 Month Contract, Expires 04/2016** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Grass Roots America, Inc.**
_____,   Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **One Biscayne Tower, LLC**<br>**c/o LB Realty Advisors, LLP**<br>**Attn:  Eric Smith, VP Asset Management**<br>**8750 N. Central Expressway, Suite 800**<br>**Dallas, TX 75231** | **Commercial Lease, Beginning 3/1/2014, 10 Year Lease, $29,843.00 Per Month as Base Rent Adjustable Annually**<br>**Debtor is Lessee** |
| **Ruby Tuesday**<br>**150 W. Church Avenue**<br>**Maryville, TN 37801** | **Client Contract for Employee Rewards and Recognition, 24 Month Contract, Expires 01/2016** |
| **SeaStar Solutions**<br>**Attn:  Laurie Louvier**<br>**1 Sierra Place**<br>**Litchfield, IL 62056** | **Sales Incentive Contract, 12 Month Contract, Set to Auto-Renew, Expires 03/2016** |
| **Swift Prepaid Solutions, Inc.**<br>**2150 E. Lake Cook Road, Suite 150**<br>**Buffalo Grove, IL 60089** | **Reloadable Gift Card Contract, Expires 12/2015** |
| **Terremark North America, Inc.**<br>**Attn:  Legal Department**<br>**One Biscayne Tower**<br>**2 S. Biscayne Blvd., Suite 2800**<br>**Miami, FL 33131** | **Database Center rack space leasing agreement** |
| **The Cheesecake Factory**<br>**26950 Agoura Road**<br>**Agoura Hills, CA 91301** | **Client Contract for Measurement Program** |
| **VJR Properties, LLC**<br>**PO Box 8607**<br>**Deerfield Beach, FL 33443-8607** | **Commercial Lease, Beginning 8/17/2011, 65 Month Lease, $4,250.00 Per Month as Base Rent Adjustable Annually**<br>**Debtor is Lessee** |
| **VMware, Inc.**<br>**Attn:  Legal Department**<br>**3401 Hillview Avenue**<br>**Palo Alto, CA 94304** | **Sales Incentive Contract, 12 Month Contract, Set to Auto-Renew, Expires 05/2015** |
| **Westcon Group**<br>**Global Headquarters**<br>**520 White Plains Road**<br>**Tarrytown, NY 10591** | **Sales Incentive Contract, 24 Month Contract, Expired March 2015** |
| **Western Digital Technologies, Inc.**<br>**3355 Michaelson Drive, Suite 100**<br>**Irvine, CA 92612** | **Catalog Contract, 24 Month Contract, Expires 12/2015** |
| **Xerox Distributor Group**<br>**6205 Blue Lagoon Drive, Suite 210**<br>**Miami, FL 33126** | **Client Contract for Employee Rewards and Recognition, 24 Month Contract, Expires 01/2016** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Grass Roots America, Inc.**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Grass Roots America, Inc.**
_____
                                          Debtor(s)

Case No. _____

Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Vice President, Latin America of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**35**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 23, 2015**
_____

Signature   **/s/ Ruben Alberto Garcia Pinerez**
_____
**Ruben Alberto Garcia Pinerez**
**Executive Vice President, Latin America**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Grass Roots America, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,361,913.91 | **2015 YTD: Gross Business Income** |
| $11,949,215.00 | **2014: Gross Business Income** |
| $16,139,989.95 | **2013: Gross Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■    **Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Matthew Mazur, P.A.**<br>**2655 S. LeJeune Road**<br>**Suite 500**<br>**Miami, FL 33134** | **03/31/2015** | **$9,775.00 plus $335.00 Filing Fee** |

B7 (Official Form 7) (04/13)
4

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Research Powered Marketing Group, Inc.** **540 Avis Drive** **Ann Arbor, MI 48108** None | **4/1/2015** | **Intellectual Property / IP Business** **$1,000.00** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Haliburton Energy Services Inc.** **Attn:  Central Procurement** **10200 Bellaire Boulevard** **Houston, TX 77072** | **03/20/2015** | **$544,443.50** |

### 14.  Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Employees of Grass Roots America, Inc. Who Were Employed in July 2014.** | **In July of 2014 the company was transitioning 401K plans for its employees. The company was advised not to make the July 401K payment to the employee plan, as there was concern about it being allocated to the proper plan. That payment was held in the companie's bank account to be transfered to the new 401K plan, but was not ever transfered. All subsequent months the transfers were made to the new 401k plan. Total being held in corporate operating account is $5,496.86** | **Grass Roots Bank Account.** |

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1111 Lincoln Road, Suite 700 Miami, FL 33139** | **Grass Roota America, Inc.** | **03/2008 to 03/2014** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B7 (Official Form 7) (04/13)
6

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **GRG MEXICO S.A. de C.V** | **MEXICO CITY COMMERCE REGISTRY:  268958 67,199.   TAX ID: GME000907UM4** | **CALLE Av Paseo de las Palmas 1130 COLONIA Lomas de Chapultepec Miguel Hidalgo Distrito Federal 11000** | **Mexican Subsidiary of Grass Roots America, Inc.** | **Beginning 09/2000 to 03/2015** |
| **Grass Roots Venezuela, S.A.** | **RIF: J.- 31188557-9** | **Av. Principal de los Ruices calle Girgio Pascuale,** | **Venezuela Subsidiary of Grass Roota, America, Inc.** | **Beginning 08/2004 to 03/2015** |
| **Grass Roots Brasil Servicos de Perf. Ltd** | **Federal ID # 03.677.554/0001-16** | **Rua Ramos Batista, 444 - 6th floor - Vila Olímpia** | **Brazilian Subsidiary of Grass Roots America, Inc.** | **Beginning 04/2005 to 03/2015** |
| **Grass Roots Colombia Ltda.** | **Matricula No. 01477814; NIT: 900023818-1** | **Carrera 15 #72-15 Piso 2 Oficina 205** | **Colombian Subsidiary of Grass Roots America, Inc.** | **Beginning 04/2005 to 03/2015** |

None
■ 

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)
7

### 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐    supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Grant Thornton LLP**                                             **2008 to Oct 2013**
**801 Brickell Avenue**
**Suite 2450**
**Miami, FL 33131**

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐    of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                              DATES SERVICES RENDERED
**Grant Thornton LLP**        **801 Brickell Avenue**              **2008 to October 2013**
                              **Suite 2450**
                              **Miami, FL 33131**

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

NAME                                                  ADDRESS
**The Grass Roota Group PLC**                         **Penny Royal Court - Station Road**
**Hosted Service and Database**                       **Tring, Herts HP2350Y  United Kingdom**

**Zamora & Hernandez**                                **5825 Sunset Drive**
**Zamora & Hernandez accounting were hired to prepare tax returns**   **Suite 304**
**for Grass Roots America, Inc.  for tax years 2013 (Amended) and**   **Miami, FL 33143**
**2014 based upon the financial records available to current**
**management which were provided to Zamora & Hernandez.**

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED
**Porter Capital Corporation**                        **10/08/2014**
**2112 First Avenue North**
**Birmingham, AL 35203**

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

                                                                   DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY             INVENTORY SUPERVISOR                 (Specify cost, market or other basis)

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

                                                      NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                     RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

B7 (Official Form 7) (04/13)
8

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Ruben Garcia**<br>**3184 New York Street**<br>**Miami, FL 33133** | **Executive Vice President - Latin America** | **70% of Stock** |
| **Francisco Diaz**<br>**21100 SW 87th Avenue, #206**<br>**Miami, FL 33189** | **Executive Vice President - Operations** | **30% of Stock** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Michael Anthony Atkinson**<br>**5621 Alton Road**<br>**Miami Beach, FL 33140** | **President and CEO** | **03/19/2015** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Francisco Diaz**<br>**21100 SW 87th Avenue**<br>**Miami, FL 33190**<br>   **Executive Vice President Operations** | **3/16/2015  reimbursement/compensation ($3,805.79)**<br>**3/9/2015     reimbursement/compensation ($963.96)**<br>**2/12/2015  reimbursement/compensation ($6.191.92)**<br>**1/09/2015 reimbursement/compensation ($4,062.51)**<br>**12/12/2014 reimbursement/compensation ($8,269.06)** | **$23,293.24** |

---

**24. Tax Consolidation Group.**

None ☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **The Grass Roots Group, PLC** | **GB 238 8394 22** |

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND
**Grass Roots America 401k Plan - 277609**

TAXPAYER IDENTIFICATION NUMBER (EIN)
**16-1470238**

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **April 23, 2015**                    Signature    **/s/ Ruben Alberto Garcia Pinerez**

**Ruben Alberto Garcia Pinerez**
**Executive Vice President, Latin America**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re    **Grass Roots America, Inc.**            Case No. _____

                     Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Executive Vice President, Latin America of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 23, 2015** _____       **/s/ Ruben Alberto Garcia Pinerez** _____

                                              **Ruben Alberto Garcia Pinerez**/Executive Vice President, Latin America

                                              Signer/Title

.

American Express
c/o Beckett and Lee, LLP
POB 3001
Malvern, PA 19355


Apple, Inc.
Attn: Legal Dept.
1 Infinite Loop
Cupertino, CA 95014


AT&T
Attn: Legal Counsel
PO Box 1809
Paramus, NJ 07653-1809


Atlantic.net
Attn: Legal Counsel
440 West Kennedy Blvd., Suite 3
Orlando, FL 32810


Axiom Investigative Services, LLC☐☐
Attn: Legal Counsel
3395 Tuscany Drive SE
Grand Rapids, MI 49546


Axxis Solutions LLC
5757 Blue Lagoon Drive, Suite 200
Miami, FL 33126


Berger Singerman
350 W. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301


Bonefish Grill
2202 N. West Shore Blvd., 5th Floor
Tampa, FL 33607


Bright House Networks
Attn: Legal Counsel
5000 Campuswood Drive
Suite 1
East Syracuse, NY 13057

Butler, Buckley, Deets Inc.
Attn: Legal Counsel
6161 Blue Lagoon Drive #420
Miami, FL 33126


Capital Office Products
Attn: Legal Counsel
210 Fentres Blvd.
Daytona Beach, FL 32114


Central Parking
Attn: Legal Counsel
200 E. Randolph Street, Suite 7700
Chicago, IL 60601


Chartwells USA
Compass Group North America
2400 Yorkmount Road
Charlotte, NC 28217


Citrix Online Audio LLC
499 Washington Blvd., Suite 1401
Jersey City, NJ 07310


Competitive Media Reporting, LLC
aka Kantar Media
11 Madison Avenue, 12th Floor
New York, NY 10010


Coty
350 5th Avenue
New York, NY 10118


CSOFT International Limited
15F West Tower
World Financial Centre No. 1East
3rd Ring Middle Road, Chaoyang District
Beijing China


D&R Integrates, Inc.
General Bldg EBISU East 1-6-3 Ebisul
Shibuya-KU Tokyo, Japan 150-0013


De Lage Landen Financial Services
 1111 Old Eagle School Road
Wayne, PA 19087

Disney Stores USA, LLC
443 S. Raymond Avenue
Pasadena, CA 91105


Disney Worldwide Services, Inc.
1495 Magic Kingdom
Lake Buena Vista, FL 32830


Duke Energy
550 South Tyron Street
Charlotte, NC 28202


Engel, Hariston and Johanson, P.C.
109 N. 20th Street, 4th Floor
POB 11405
Birmingham, AL 35202-1405


Eversheds, LLP
One Wood Street
London
EC2V 7WS


Federal Express Corporation
701 Waterford Way, #1000
Miami, FL 33126


FedEx
PO Box 660481
Dallas, TX 75266-0481


Five9 Inc.
4000 Executive Parkway, Suite 400
San Ramon, CA 94583


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100


Forastieri y Roqueñi, S.C.
Attn: Alfonso Roqueni
Espacio Santa Fe Carr.
México-Toluca No. 5420 Oficina
2303-A Col. El Yaqui C. P. 05320 México

Giftango LLC
dba InComm Digital Solutions
111 SW 5th Avenue, Suite 900
Portland, OR 97204


Grass Roots Asia Pacific PTE LTD
50 Scotts Road
#03-01
Singapore 228242


Grass Roots Beijing
Room 1112A, E3, Oriental Plaza
1 E Chang An Avenue, Dongcheng District
Beijing, P.R. China 100738


Grass Roots Finance
13-15 rue des Sablons
75016, Paris


Grass Roots Germany GmbH
Prinzenallee 15
40549 Düsseldorf
Germany


Grass Roots Perf. Sol. (AUST) PTY LTD
G.02 616 St Kilda Rd
Melbourne
VIC 3004


Grass Roots UK
Pennyroyal Court, Station Road
Tring, HP23 5QY
United Kingdom


Great America Leasing Corp.
PO Box 660831
Dallas, TX 75266-0831


H & H Printing, Inc.
70 Dorman Avenue
San Francisco, CA 94124


Haliburton Energy Services Inc.
Attn: Central Procurement
10200 Bellaire Boulevard
Houston, TX 77072

Hinda, Inc.
2440 West 34th Street
Chicago, IL 60608


HS Brands International, Inc.
Service Sleuth□□The Mershimer Group
500 Myles Standish Blvd.
Taunton, MA 02780


Industry Arabic
PO Box 18290
Washington, DC 20036


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


Internap Network Services
One Ravinia Drive
Suite 1300
Atlanta, GA 30346


Ipfone
1035 NE 125th St #300
Miami, FL 33161


K&B Janitorial Services Inc.
4925 Blair Oaks Circle
Orlando, FL 32808


Kaspersky Lab, Inc.
500 Unicord Park Drive
Woburn, MA 01801


Kavaliro Staffing Services
12001 Research Pkwy, Suite 344
Orlando, FL 32826


Lyondell Basell
Lyondell Basell Tower, Suite 300
1221 McKinney Street
Houston, TX 77010

Maxim Integrated Products, Inc.
160 Rio Robles
San Jose, CA 95134


McDonald's Corporation
2915 Jorie Blvd.
Oak Brook, IL 60523


MODIS
Senior VP & General Counsel
10151 Deerwood Park Blvd.
Blg 200 Suite 400
Jacksonville, FL 32256


NYC Department of Tax
General Corporation Tax
POB 5040
Kingston, NY 12402-5040


Office Team
2884 Sand Hill Road
Menlo Park, CA 94025


On Fire
162-7 Yeonheedong
Seodaemungu, Seoul, Korea 120-827


One Biscayne Tower, LLC
c/o LB Realty Advisors, LLP
Attn: Eric Smith, VP Asset Management
8750 N. Central Expressway, Suite 800
Dallas, TX 75231


P92 IT Solutions Kft.
1038 Budapest


Pitney Bowes
2225 American Drive
Neenah, WI 54956


Porter Capital Corporation
2112 First Avenue North
Birmingham, AL 35203

Ruby Tuesday
150 W. Church Avenue
Maryville, TN 37801


Salesforce, Inc.
The Landmark @ One Market, Suite 300
San Francisco, CA 94105


Santander Consumer USA
8585 N. Stemmons Freeway
Suite 1100-N
Dallas, TX 75247


SeaStar Solutions
Attn: Laurie Louvier
1 Sierra Place
Litchfield, IL 62056


Send Grid Inc.
1401 Walnut Street #500
Boulder, CO 80302


SiSense
88 Pine Street, 18th Floor
New York, NY 10005


Swift Prepaid Solutions, Inc.
2150 E. Lake Cook Road, Suite 150
Buffalo Grove, IL 60089


Symantec Corporation
350 Ellis Street
Mountain View, CA 94043


TajOnline India Pvt Ltd
3rd Floor, B Building, A Wing
Mafatlal Chmaber, N.M Joshi Marg
Lower Parel, Mumbai 400013
Maharashtra, India


Terremark North America, Inc.
Attn: Legal Department
One Biscayne Tower
2 S. Biscayne Blvd., Suite 2800
Miami, FL 33131

The Cheesecake Factory
26950 Agoura Road
Agoura Hills, CA 91301


The Grass Roots Group
Pennyroyal Court, Station Road
Tring, HP23 5QY
United Kingdom


VJR Properties, LLC
PO Box 8607
Deerfield Beach, FL 33443-8607


VMware, Inc.
Attn: Legal Department
3401 Hillview Avenue
Palo Alto, CA 94304


Westcon Group
Global Headquarters
520 White Plains Road
Tarrytown, NY 10591


Western Digital Technologies, Inc.
3355 Michaelson Drive, Suite 100
Irvine, CA 92612


Xerox Distributor Group
6205 Blue Lagoon Drive, Suite 210
Miami, FL 33126