FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 15-17385    RAM    Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | Date Filed (f) or Converted (c): | 04/23/15 (f) |
| | | 341(a) Meeting Date: | 05/29/15 |
| For Period Ending: | 09/30/17 | Claims Bar Date: | 08/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Cash<br>Petty Cash in Lockbox | 13.75 | 13.75 | | 23.68 | FA |
| 2. Financial Accounts<br>HSBC Bank - Operating Account - Account No. xxxxx5609 | 153,613.24 | 153,613.24 | | 153,223.77 | FA |
| 3. Financial Accounts<br>HSBC Bank - Operating Account - Account No. xxxxx5595 | 1,862.74 | 1,862.74 | | 1,623.98 | FA |
| 4. Financial Accounts<br>PayPal - Account No. xx115 | 3,357.32 | 3,357.32 | | 3,357.32 | FA |
| 5. Security Deposits<br>Security Deposit with Landlord, One Biscayne Tower, LLC | 59,686.00 | 0.00 | | 0.00 | FA |
| 6. Security Deposits<br>Security Deposit with Landlord, VJR Properties LLC | 15,979.72 | 0.00 | | 0.00 | FA |
| 7. Accounts Receivable<br>Accounts Receivable (Miami and Orlando Clients) per attached "Exhibit A - Accounts Receivable" | 1,695,601.38 | 1,160,793.51 | | 0.00 | 1,160,793.51 |
| 8. Intellectual Property<br>Secure Platform | 60,000.00 | 60,000.00 | | 0.00 | 60,000.00 |
| 9. Debtor Product or Service | 180,000.00 | 180,000.00 | | 0.00 | 180,000.00 |

Case No:       15-17385     RAM     Judge: ROBERT A. MARK                          Trustee Name:                JOEL L. TABAS, TRUSTEE
Case Name:     GRASS ROOTS AMERICA, INC.,                                          Date Filed (f) or Converted (c):  04/23/15 (f)
                                                                                   341(a) Meeting Date:         05/29/15
                                                                                   Claims Bar Date:             08/27/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Client Portfolio and Prospects (Best estimate as of date of filing) | | | | | |
| 10. Office Equipment<br>Various Computer Servers and Electronics as per attached "Exibit B - Servers" | 14,235.99 | 14,235.99 | | 0.00 | 14,235.99 |
| 11. Office Equipment<br>Stationary<br>Order Granting Emergency Omnibus Motion for Authority to (1) Reject Lease Agreements Between Debtor and (A) De Lage Landen Financial Services, Inc., (B)GreatAmerica Financial Services Corporation (C) One Biscayne Tower, LLC, (D) Saxon Business Systems, Inc. and (E) VJR Properties, LLC and (2) Abandon Certain Scheduled Personal Property Remaining at Debtor's Former Offices, 5/27/15 (ECF 20) | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Office Equipment<br>Furniture and Electronics at Miami office per attached personal property appraisal attaahed hereto as "Exhibit C - Miami Appraisal"<br>Order Granting Emergency Omnibus Motion for Authority to (1) Reject Lease Agreements Between Debtor and (A) De Lage Landen Financial Services, Inc., (B)GreatAmerica Financial Services Corporation (C) One Biscayne Tower, LLC, (D) Saxon Business Systems, Inc. and (E) VJR Properties, LLC and (2) Abandon Certain Scheduled Personal Property Remaining at Debtor's Former Offices, 5/27/15 (ECF 20) | 30,665.00 | 0.00 | OA | 0.00 | FA |
| 13. Office Equipment<br>Furniture and Electronics at Orlando office per attached personal | 21,507.00 | 0.00 | OA | 0.00 | FA |

LFORM1                                                                                                                                          Ver: 20.00e

Case No:  15-17385  RAM  Judge: ROBERT A. MARK  
Case Name: GRASS ROOTS AMERICA, INC.,  
Trustee Name: JOEL L. TABAS, TRUSTEE  
Date Filed (f) or Converted (c): 04/23/15 (f)  
341(a) Meeting Date: 05/29/15  
Claims Bar Date: 08/27/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| property appraisal attaahed hereto as "Exhibit D - Orlando Appraisal" Order Granting Emergency Omnibus Motion for Authority to (1) Reject Lease Agreements Between Debtor and (A) De Lage Landen Financial Services, Inc., (B)GreatAmerica Financial Services Corporation (C) One Biscayne Tower, LLC, (D) Saxon Business Systems, Inc. and (E) VJR Properties, LLC and (2) Abandon Certain Scheduled Personal Property Remaining at Debtor's Former Offices, 5/27/15 (ECF 20) | | | | | |
| 14. Inventory<br>Various Gift Certificates<br>Notice of Abandonment, 10/4/17 (ECF 165) | 2,000.00 | 0.00 | OA | 0.00 | 0.00 |
| 15. Other Miscellaneous<br>Eighty-Five (85) Domain Registrations as per the attached "Exhibit E - Domain (Valuation based solely on registration cost ($14.99 for each domain ) | 1,274.15 | 1,274.15 | | 0.00 | 1,274.15 |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 18. Pre-Petition Expenses - Refund (u)<br>Refund from Pitney Bowes | Unknown | 0.00 | | 3,057.10 | FA |
| 19. Refund from Insurance (u) | 0.00 | 3,084.12 | | 3,084.12 | FA |
| 20. (i) GRG Mexico S.A. de C.V.; (ii) Grass Roots | 0.00 | 0.00 | OA | 0.00 | FA |

LFORM1

Ver: 20.00e

| Case No: | 15-17385 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | GRASS ROOTS AMERICA, INC., | | | Date Filed (f) or Converted (c): | 04/23/15 (f) |
| | | | | 341(a) Meeting Date: | 05/29/15 |
| | | | | Claims Bar Date: | 08/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Venezuela, S.A.; (iii) Grass Roots Brasil Servicos de Perf. Ltd; and (iv) Grass Roots Colombia Ltda.  Trustee's Notice of Abandonment, 9/2/16 (ECF 79) | | | | | |
| 21. Settlement with Modis, Inc. (u)  Order Granting Motion to Approve Stipulation to Compromise Controversy with Modis, Inc., 3/21/17 (ECF 116) | 0.00 | 5,500.00 | | 5,500.00 | FA |
| 22. Settlement with On Fire (u)  Order Granting Motion to Approve Stipulation to Compromise Controversy with On Fire (Korea), 3/23/17 (ECF 120) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 23. Settlement with Hinda, Inc. (u)  Order Granting Motion to Approve Stipulation to Compromise Controversy with Hinda, Inc., 6/16/17 (ECF 136) | 0.00 | 62,500.00 | | 62,500.00 | FA |
| 24. Settlement with Francisco Diaz (u)  Motion to Approve Stipulation to Compromise Controversy, 5/17/17 (ECF 128) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 25. Settlement with Ruby Tuesday (u)  Order Granting Motion (1) to Approve Stipulation to Compromise Controversy with Ruby Tuesday, Inc. and (2) for Authority to pay Porter Capital Corporation, 6/16/17 (ECF 137) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 26. Settlement with Five9, Inc (u) | 0.00 | 6,981.31 | | 6,981.31 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

| Case No: | 15-17385 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | GRASS ROOTS AMERICA, INC., | | | Date Filed (f) or Converted (c): | 04/23/15 (f) |
| | | | | 341(a) Meeting Date: | 05/29/15 |
| | | | | Claims Bar Date: | 08/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Motion to Approve Stipulation to Compromise Controversy with Five9, Inc., 5/15/17 (ECF 126) | | | | | |
| 27. Settlement with Swift Prepaid Solutions (u)<br>Order Granting Motion to Approve Stipulation to Compromise Controversy with Swift Prepaid Solutions, 6/1/17 (ECF 131) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 28. Settlement with Santander Bank (u)<br>Order Granting Motion to Approve (1) Stipulation to Compromise Controversy with Santander Bank, N.A. and (2) Abandonment and Deletion of Certain Electronically Stored Information, 1/12/17 (ECF 102) | 0.00 | 5,000.00 | | 5,674.00 | FA |
| 29. Settlement with Bonefish Grill (u)<br>Motion (1) to Approve Stipulation to Compromise Controversy with Bonefish Grill, LLC and (2) for Authority to pay Porter Capital Corporation, 6/27/17 (ECF 139) | 0.00 | 6,910.00 | | 6,910.00 | FA |
| 30. Settlement with Compass Group USA Inc (u)<br>Motion (1) to Approve Stipulation to Compromise Controversy with Compass Group USA, Inc. and (2) for Authority to pay Porter Capital Corporation, 6/27/17 (ECF 140) | 0.00 | 12,200.00 | | 0.00 | 12,200.00 |
| 31. Settlement with American Express (u)<br>Order Granting Motion to Approve Stipulation to Compromise Controversy Between Trustee and American Express Company, American Express Travel Related Services Company, Inc. and American | 0.00 | 22,000.00 | | 22,000.00 | FA |

LFORM1                                                                                                      Ver: 20.00e

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 6

| Case No: | 15-17385 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | GRASS ROOTS AMERICA, INC., | | | Date Filed (f) or Converted (c): | 04/23/15 (f) |
| | | | | 341(a) Meeting Date: | 05/29/15 |
| | | | | Claims Bar Date: | 08/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Express Centurion Bank, 8/25/17 (ECF 153) | | | | | |
| 32. Settlement with Symantec Corp (u) | 0.00 | 6,500.00 | | 6,500.00 | FA |
| Order Granting Trustee's Motion (1) to Approve Stipulation to Compromise Controversy with Symantec Corporation and (2) for Authority to pay Porter Capital Corporation, 8/25/17 (ECF 152) | | | | | |
| 33. Settlement with Western Digital (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |
| Order Granting Trustee's Motion (1) to Approve Stipulation to Compromise Controversy with Symantec Corporation and (2) for Authority to pay Porter Capital Corporation, 8/31/17 (ECF 156) | | | | | |
| 34. Settlement with McDonald's (u) | 0.00 | 2,500.00 | | 0.00 | 2,500.00 |
| TOTALS (Excluding Unknown Values) | $2,241,796.29 | $1,766,326.13 | | $338,435.28 | Gross Value of Remaining Assets $1,431,003.65 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has already recovered over $330,000 from the liquidation of financial accounts, collection of deposits,
refunds and account receivables and settlement of various claims. Currently, the Trustee, through the Estate's
auctioneer, is in the process of marketing the Debtor's laptops, servers and other computer equipment in order to sell
said items in an online auction. In addition, the Trustee continues to pursue additional accounts receivable and claims
and actions resulting from avoidable transfers.

LFORM1

Ver: 20.00e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 7

| | | | |
|---|---|---|---|
| Case No: | 15-17385    RAM    Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | GRASS ROOTS AMERICA, INC., | Date Filed (f) or Converted (c): | 04/23/15 (f) |
| | | 341(a) Meeting Date: | 05/29/15 |
| | | Claims Bar Date: | 08/27/15 |

Initial Projected Date of Final Report (TFR): 12/30/16      Current Projected Date of Final Report (TFR): 12/30/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 15-17385 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******8734 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/01/15 | 1 | Tabas, Freedman, & Soloff, P.A. | Cash on hand | 1129-000 | 13.95 | | 13.95 |
| 05/12/15 | 4 | Paypal, Inc. | funds turned over by Paypal | 1129-000 | 3,357.32 | | 3,371.27 |
| 05/15/15 | 1 | Tabas, Freedman, & Soloff, P.A. | Cash on hand | 1129-000 | 9.73 | | 3,381.00 |
| 05/18/15 | 2, 3 | HSBC Bank<br>ASSET 2<br>ASSET 3 | Turnover of Funds<br>Memo Amount:        50,000.00<br>Memo Amount:         1,563.98 | <br>1129-000<br>1129-000 | 51,563.98 | | 54,944.98 |
| 06/08/15 | 010001 | Acme Records Management, Inc. | Order Granting Trustee's Motion to<br>Incur and Pay Storage Charges, 6/5/15 (ECF 25) | 2420-000 | | 1,279.70 | 53,665.28 |
| 06/09/15 | 2 | HSBC Bank | Turnover of Funds | 1129-000 | 103,223.77 | | 156,889.05 |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 35.22 | 156,853.83 |
| 07/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 181.79 | 156,672.04 |
| 08/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 233.09 | 156,438.95 |
| 09/01/15 | 18 | Pitney Bowes | A/R Refund from Pre-Petition Costs | 1221-000 | 3,057.10 | | 159,496.05 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 232.78 | 159,263.27 |
| 10/15/15 | 010002 | Acme Records Management, Inc. | Order Granting Trustee's Ex Parte<br>Motion to Incur and Pay Storage Charges to ACME | 2420-000 | | 50.00 | 159,213.27 |
| | | | Page Subtotals | | 161,225.85 | 2,012.58 | |

LFORM24

Ver: 20.00e

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-17385 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******8734  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Records Management, Inc. , 6/5/15 (ECF 25)  Invoice # 4006 | | | | |
| 10/15/15 | 010003 | Acme Records Management, Inc. | Order Granting Trustee's Ex Parte Motion to Incur and Pay Storage Charges to ACME Records Management, Inc. , 6/5/15 (ECF 25)  Invoice # 4031 | 2420-000 | | 50.00 | 159,163.27 |
| 10/15/15 | 010004 | Acme Records Management, Inc. | Order Granting Trustee's Ex Parte Motion to Incur and Pay Storage Charges to ACME Records Management, Inc. , 6/5/15 (ECF 25)  Invoice # 4054 | 2420-000 | | 50.00 | 159,113.27 |
| 10/15/15 | 010005 | Acme Records Management, Inc. | Order Granting Trustee's Ex Parte Motion to Incur and Pay Storage Charges to ACME Records Management, Inc. , 6/5/15 (ECF 25)  Invoice # 4099 | 2420-000 | | 50.00 | 159,063.27 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 229.20 | 158,834.07 |
| 10/29/15 | 3 | HSBC Bank | Turnover of Funds | 1129-000 | 60.00 | | 158,894.07 |
| 11/02/15 | 010006 | Acme Records Management, Inc. | Order Granting Trustee's Ex Parte Motion to Incur and Pay Storage Charges to ACME Records Management, Inc. , 6/5/15 (ECF 25) | 2420-000 | | 50.00 | 158,844.07 |

Page Subtotals    60.00    429.20

LFORM24

Ver: 20.00e

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-17385 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******8734 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Invoice # 3981 | | | | |
| 11/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 236.55 | 158,607.52 |
| 12/16/15 | 010007 | Cubed Group, Inc. 100 Almeria Ave., Ste 202 Coral Gables, FL 33134 | Order Granting Trustee's Motion for Authority to Pay Costs Related to Data Recovery, 12/11/15 (ECF 57) | 2990-000 | | 3,500.00 | 155,107.52 |
| 12/28/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 228.41 | 154,879.11 |
| 01/06/16 | 010008 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2016 Chapter 7 Trustee Bond Number 016027932 ($0.40 per $1,000, on deposit as of November 30, 2015), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 77.31 | 154,801.80 |
| 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 233.85 | 154,567.95 |
| 02/05/16 | 010009 | INTERNATIONAL DATA DEPOSITORY 5195 NW 77th Ave., Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0108466 Invoice # 0109239 Invoice # 0110660 | 2420-000 | | 330.60 | 154,237.35 |
| 02/05/16 | 010010 | INTERNATIONAL DATA DEPOSITORY 5195 NW 77th Ave., Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0111297 | 2420-000 | | 110.20 | 154,127.15 |
| 02/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 229.42 | 153,897.73 |

Page Subtotals          0.00       4,946.34

Ver: 20.00e

LFORM24

FORM 2

Page: 4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-17385 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******8734 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/02/16 | 010011 | Cubed Group, Inc.<br>100 Almeria Ave., Ste 202<br>Coral Gables, FL 33134 | Order Granting Trustee's Motion for Authority to Pay Costs Related to Data Recovery, 12/11/15 (ECF 57)<br><br>Invoice #12516 | 2990-000 | | 4,222.64 | 149,675.09 |
| 03/07/16 | 010012 | INTERNATIONAL DATA DEPOSITORY<br>5195 NW 77th Ave.,<br>Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64)<br>Invoice # 0112447 | 2420-000 | | 110.20 | 149,564.89 |
| 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 213.98 | 149,350.91 |
| 04/20/16 | 010013 | INTERNATIONAL DATA DEPOSITORY<br>5195 NW 77th Ave.,<br>Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64)<br>Invoice # 0113560 | 2420-000 | | 1,133.80 | 148,217.11 |
| 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 223.32 | 147,993.79 |
| 04/27/16 | 19 | BUTLER. BUCKLEY, DEETS, INC. | refund from insurance | 1229-000 | 3,084.12 | | 151,077.91 |
| 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 214.45 | 150,863.46 |
| 06/16/16 | 010014 | INTERNATIONAL DATA DEPOSITORY<br>5195 NW 77th Ave.,<br>Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64)<br>Invoice # 0114714 | 2420-000 | | 798.80 | 150,064.66 |
| 06/16/16 | 010015 | INTERNATIONAL DATA DEPOSITORY<br>5195 NW 77th Ave., | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) | 2420-000 | | 410.20 | 149,654.46 |

Page Subtotals    3,084.12    7,327.39

Ver: 20.00e

LFORM24

FORM 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-17385 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******8734 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami, FL 33166 | Invoice # 0115823 | | | | |
| 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 223.86 | 149,430.60 |
| 07/20/16 | 010016 | INTERNATIONAL DATA DEPOSITORY<br>5195 NW 77th Ave.,<br>Miami, FL 33166 | Order Granting Trustee's Ex Parte<br>Motion to Pay Storage Charges, 2/3/16 (ECF 64)<br>Invoice # 0116937 | 2420-000 | | 410.20 | 149,020.40 |
| 07/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 215.95 | 148,804.45 |
| 08/11/16 | 010017 | INTERNATIONAL DATA DEPOSITORY<br>5195 NW 77th Ave.,<br>Miami, FL 33166 | Order Granting Trustee's Ex Parte<br>Motion to Pay Storage Charges, 2/3/16 (ECF 64)<br>Invoice # 0118172 | 2420-000 | | 410.20 | 148,394.25 |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 221.42 | 148,172.83 |
| 09/08/16 | 010018 | INTERNATIONAL DATA DEPOSITORY<br>5195 NW 77th Ave.,<br>Miami, FL 33166 | Order Granting Trustee's Ex Parte<br>Motion to Pay Storage Charges, 2/3/16 (ECF 64)<br>Invoice # 0119283 | 2420-000 | | 410.20 | 147,762.63 |
| 09/26/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 220.37 | 147,542.26 |
| 10/11/16 | 010019 | New York State Corporation Tax | Form CT-3<br>EIN 20-0241142 | 2820-000 | | 25.00 | 147,517.26 |
| 10/20/16 | 010020 | INTERNATIONAL DATA DEPOSITORY<br>5195 NW 77th Ave.,<br>Miami, FL 33166 | Order Granting Trustee's Ex Parte<br>Motion to Pay Storage Charges, 2/3/16 (ECF 64)<br>Invoice # 0120436 | 2420-000 | | 410.20 | 147,107.06 |

Page Subtotals 0.00 2,547.40

LFORM24

Ver: 20.00e

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-17385 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******8734 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 212.18 | 146,894.88 |
| 11/07/16 | 010021 | INTERNATIONAL DATA DEPOSITORY 5195 NW 77th Ave., Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0122044 | 2420-000 | | 410.20 | 146,484.68 |
| 11/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 218.51 | 146,266.17 |
| 12/06/16 | 010022 | INTERNATIONAL DATA DEPOSITORY 5195 NW 77th Ave., Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0122765 | 2420-000 | | 410.20 | 145,855.97 |
| 12/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 210.39 | 145,645.58 |
| 01/10/17 | 010023 | INTERNATIONAL DATA DEPOSITORY 5195 NW 77th Ave., Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0125026 | 2420-000 | | 410.20 | 145,235.38 |
| 01/17/17 | 010024 | Thomas Bastian, CPA 14 NE 1st Ave., Penthouse Miami, FL 33132 | Order Approving First Interim Application for Compensation, 1/16/17 (ECF 105) | 3310-000 | | 6,304.00 | 138,931.38 |
| 01/17/17 | 010025 | Thomas Bastian, CPA 14 NE 1st Ave., Penthouse Miami, FL 33132 | Order Approving First Interim Application for Compensation, 1/16/17 (ECF 105) | 3320-000 | | 24.00 | 138,907.38 |
| 01/24/17 | 010026 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA 70139 | 2017 Chapter 7 Trustee Bond Number 016027932 ($0.30 per $1,000. on deposit as of November 30, 2016), pursuant to Local Rule | 2300-000 | | 43.88 | 138,863.50 |

Page Subtotals  0.00  8,243.56

LFORM24

Ver: 20.00e

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-17385 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******8734 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 2016-1(A)(k) | | | | |
| 01/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 216.40 | 138,647.10 |
| 02/07/17 | 010027 | Ullman & Ullman, P.A. 7700 West Camino Real, Suite 401 Boca Raton, FL 33433 | Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy with Porter Capital Corporation, 1/12/17 (ECF 103) | 4210-000 | | 119,975.10 | 18,672.00 |
| 02/21/17 | 21 | Adecco Group Services | Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy with Modis, Inc., 3/21/17 (ECF 116) | 1249-000 | 5,500.00 | | 24,172.00 |
| 02/23/17 | 28 | HSBC Bank - Santander Bank - 9620191500 Accounting | Order Granting Trustee's Motion to Bank Serial #: 0  Approve (1) Stipulation to Compromise Controversy with Santander Bank, N.A. and (2) Abandonment and Deletion of Certain Electronically Stored Information, 1/12/17 (ECF 102) | 1241-000 | 4,975.00 | | 29,147.00 |
| 02/24/17 | 22 | JI HYUK JUNG (ON FIRE) | Order Granting Trustee's Motion to Bank Serial #: 0  Approve Stipulation to Compromise Controversy with On Fire (Korea), 3/23/17 (ECF 120) | 1249-000 | 10,000.00 | | 39,147.00 |
| 02/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 212.48 | 38,934.52 |
| 03/14/17 | 010028 | INTERNATIONAL DATA DEPOSITORY | Order Granting Trustee's Ex Parte | 2420-000 | | 410.20 | 38,524.32 |

Page Subtotals    20,475.00    120,814.18

Ver: 20.00e

LFORM24

**FORM 2**

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-17385 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******8734 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 5195 NW 77th Ave., Miami, FL 33166 | Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0127232 | | | | |
| 03/14/17 | 010029 | INTERNATIONAL DATA DEPOSITORY 5195 NW 77th Ave., Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Transport Charges to Tempo Transportation and International Data Depository, 3/17/17 (ECF 112) Order Authorized amount of $241.25 | 2990-000 | | 291.25 | 38,233.07 |
| 03/20/17 | 010030 | Tempo Transportation | Order Granting Trustee's Ex Parte Motion to Pay Transport Charges to Tempo Transportation and International Data Depository, 3/17/17 (ECF 112) Invoice # 0128659 | 2990-000 | | 432.75 | 37,800.32 |
| 03/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 70.99 | 37,729.33 |
| 04/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 57.38 | 37,671.95 |
| 04/26/17 | 26 | Five 9, Inc | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement | 1241-000 | 6,981.31 | | 44,653.26 |
| 05/02/17 | 010031 | INTERNATIONAL DATA DEPOSITORY 5195 NW 77th Ave., Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0129821 | 2990-000 | | 50.00 | 44,603.26 |
| 05/08/17 | 010032 | INTERNATIONAL DATA DEPOSITORY 5195 NW 77th Ave., Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0131562 | 2990-000 | | 50.00 | 44,553.26 |
| | | | Page Subtotals | | 6,981.31 | 952.37 | |

LFORM24

Ver: 20.00e

**FORM 2**

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-17385 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******8734  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 55.59 | 44,497.67 |
| 06/05/17 | 27 | Swift Prepaid Solutions, Inc. | Order Granting Trustee's Motion to Bank Serial #: 0 Approve Stipulation to Compromise Controversy with Swift Prepaid Solutions, 6/1/17 (ECF 131) | 1241-000 | 4,000.00 | | 48,497.67 |
| 06/07/17 | 010033 | INTERNATIONAL DATA DEPOSITORY 5195 NW 77th Ave., Miami, FL 33166 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0132384 | 2990-000 | | 50.00 | 48,447.67 |
| 06/08/17 | | Santander Bank | Order Granting Trustee's Motion to Approve (1) Stipulation to Compromise Controversy with Santander Bank, N.A. and (2) Abandonment and Deletion of Certain Electronically Stored Information, 1/12/17 (ECF 102) | | 699.00 | | 49,146.67 |
| | 28 | BALANCE OWED ON SETTLEMENT | Memo Amount: 25.00 | 1241-000 | | | |
| | 28 | PAYMENT FOR DELETION OF | Memo Amount: 674.00 | 1241-000 | | | |
| 06/26/17 | 29 | OSI RESTAURANT PARTNERS, LLC | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement | 1241-000 | 6,910.00 | | 56,056.67 |
| 06/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 66.27 | 55,990.40 |
| 07/06/17 | 23 | HINDA, INC. | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/16/17 (ECF 136) | 1241-000 | 62,500.00 | | 118,490.40 |
| 07/06/17 | 25 | RUBY TUESDAY, INC. | Order Granting Trustee's Motion to | 1241-000 | 10,000.00 | | 128,490.40 |
| | | | Page Subtotals | | 84,109.00 | 171.86 | |

Ver: 20.00e

LFORM24

FORM 2

Page: 10

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-17385 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******8734  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 |  |  |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 129,177,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | Approve Stipulation for Compromise and Settlement, 6/16/17 (ECF 137) |  |  |  |  |
| 07/17/17 | 010034 | INTERNATIONAL DATA DEPOSITORY 3450 NW 112 St., Miami, FL 33167 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0133577 | 2990-000 |  | 50.00 | 128,440.40 |
| 07/25/17 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 71.01 | 128,369.39 |
| 08/06/17 | 010035 | INTERNATIONAL DATA DEPOSITORY 3450 NW 112 St., Miami, FL 33167 | Order Granting Trustee's Ex Parte Motion to Pay Storage Charges, 2/3/16 (ECF 64) Invoice # 0134911 | 2990-000 |  | 50.00 | 128,319.39 |
| 08/19/17 | 31 | American Express | Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy Between Trustee and American Express Company, American Express Travel Related Services Company, Inc. and American Express Centurion Bank, 8/25/17 (ECF 153) | 1241-000 | 22,000.00 |  | 150,319.39 |
| 08/25/17 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 170.10 | 150,149.29 |
| 09/15/17 | 33 | Western Digital | Order Granting Trustee's Motion to Bank Serial #: 0 (1) Approve Stipulation to Compromise Controversy with Western Digital Corporation and (2) for Authority to pay Porter Capital Corporation, 8/31/17 (ECF 156) | 1241-000 | 30,000.00 |  | 180,149.29 |
|  |  |  |  |  |  |  |  |

Page Subtotals      52,000.00      341.11

Ver: 20.00e

LFORM24

FORM 2

Page: 11

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-17385 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******8734  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/17/17 | 010036 | INTERNATIONAL DATA DEPOSITORY<br>3450 NW 112 St.,<br>Miami, FL 33167 | Order Granting Trustee's Ex Parte<br>Motion to Pay Storage Charges, 2/3/16 (ECF 64)<br>Invoice # 0136475 | 2990-000 | | 50.00 | 180,099.29 |
| 09/18/17 | 32 | SYMANTEC Corporation | Order Granting Trustee's Motion to<br>(1) Approve Stipulation to Compromise Controversy<br>with Symantec Corporation and (2) for Authority to<br>pay Porter Capital Corporation, 8/25/17 (ECF 152) | 1241-000 | 6,500.00 | | 186,599.29 |
| 09/24/17 | 010037 | Joel L. Tabas, Esq.<br>Tabas & Soloff, P.A.<br>fka Tabas Freedman Soloff Miller & Brown<br>25 S.E. 2nd Ave., Suite 248<br>Miami, FL 33131 | Order Approving First Interim<br>Fee Application, 9/22/17 (ECF 163) | 3110-000 | | 80,000.00 | 106,599.29 |
| 09/24/17 | 010038 | Joel L. Tabas, Esq.<br>Tabas & Soloff, P.A.<br>fka Tabas Freedman Soloff Miller & Brown<br>25 S.E. 2nd Ave., Suite 248<br>Miami, FL 33131 | Order Approving First Interim<br>Fee Application, 9/22/17 (ECF 163) | 3120-000 | | 14,500.54 | 92,098.75 |
| 09/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 201.24 | 91,897.51 |
| 09/28/17 | 24 | DIAZ, LYNETTE | Order Granting Trustee's Motion to<br>Approve Stipulation to Compromise Controversy with<br>Francisco Diaz, 6/16/17 (ECF 135) | 1241-000 | 4,000.00 | | 95,897.51 |

Page Subtotals            10,500.00            94,751.78

Ver: 20.00e

LFORM24

FORM 2

Page: 12

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-17385 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GRASS ROOTS AMERICA, INC., | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******8734  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 52,262.98 | COLUMN TOTALS | | 338,435.28 | 242,537.77 | 95,897.51 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 338,435.28 | 242,537.77 | |
| Memo Allocation Net: | 52,262.98 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 338,435.28 | 242,537.77 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 52,262.98 * | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 * | Checking Account (Non-Interest Earn - *******8734 | | 338,435.28 | 242,537.77 | 95,897.51 |
| Total Memo Allocation Net: | 52,262.98 | | | 338,435.28 | 242,537.77 | 95,897.51 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 20.00e

LFORM24